UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),                       CASE NO. 10-20397

v.

                                   HONORABLE GERALD E. ROSEN

D-4, TEVIN BIVINS,

    Defendant(s).
_____/

**ORDER DENYING DEFENDANT'S MOTION TO WITHDRAW PLEA (DOC. 149)**

On August 06, 2013 the Court held a hearing on defendant's Motion to Withdraw Plea. For the reasons stated on the record,

IT IS ORDERED that the motion is DENIED.

SO ORDERED.


Dated: August 7, 2013                  s/Gerald E. Rosen
                                           Chief Judge, United States District Court


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 7, 2013, by electronic and/or ordinary mail.

                                           s/Julie Owens
                                           Case Manager, (313) 234-5135